No. 6263. NORMAN v. CARLSON, DIRECTOR OF BUREAU OF PRISONS, ET AL.;

No. 6450. COAKLEY v. PERINI, CORRECTIONAL SUPERINTENDENT, ET AL.;

No. 6462. McCLINDON v. FIELD, MEN'S COLONY SUPERINTENDENT, ET AL.;

No. 6509. IN RE ORTEGA;

No. 6513. TAYLOR v. CALIFORNIA ET AL.;

No. 6580. HOOD v. TENNESSEE ET AL.; and

No. 6639. JAMES v. WAINWRIGHT, CORRECTIONS DIRECTOR. Motions for leave to file petitions for writs of habeas corpus denied.

No. 6448. KAZUBOWSKI v. JOHNSON, SHERIFF. Motion for leave to file petition for writ of habeas corpus and other relief denied.

No. 6377. GUY v. UNITED STATES. Motion for leave to file petition for writ of mandamus and/or prohibition denied.

No. 1220. DOWDY v. THOMSEN, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of prohibition and/or mandamus denied.

No. 1232. ROUDEBUSH v. HARTKE ET AL.; and

No. 1236. SENDAK, ATTORNEY GENERAL OF INDIANA v. HARTKE ET AL. Appeals from D. C. S. D. Ind. Further consideration of question of jurisdiction postponed to hearing of cases on the merits. Cases consolidated and a total of one hour allotted for oral argument. Reported below: 321 F. Supp. 1370.

No. 883. UNITED STATES v. GENERES ET VIR. C. A. 5th Cir. Certiorari granted.